UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MIA McPHERSON, an individual<br><br>               Plaintiff,<br><br>    vs.<br><br>SEADUCED, LLC, d/b/a SEADUCED MARINE INSTITUTE; LARRY KINDER, an individual; and KEN BROWN, an individual<br><br>             Defendants. | **COMPLAINT**<br>**INJUNCTIVE RELIEF SOUGHT**<br><br>Case No. _____<br><br>Judge _____ |

Plaintiff, Mia McPherson ("Plaintiff"), hereby complains against Defendants, and alleges as follows:

## <u>PARTIES</u>

1.      Plaintiff, Mia McPherson, is an individual who resides in Salt Lake City, Utah.

2.      On information and belief, Defendant Seaduced, LLC, d/b/a Seduced Marine Institute ("Seaduced") is a Florida limited liability company, having a place of business in Ellenton, Florida.

3.      On information and belief, Defendants Larry Kinder and Ken Brown are individual owners and managing members of Seaduced.

4.      On information and believe Larry Kinder and Ken Brown oversaw or directed the activities complained of herein.

## JURISDICTION AND VENUE

5.      This action arises under the copyright laws of the United States, 17 U.S.C.

§ 101 et seq., and the Digital Millennium Copyright Act, 17 U.S.C. § 1202. This Court

has jurisdiction over the copyright claims and DMCA claims under 28 U.S.C. §§ 1331

and 1338(a).

6.      Venue is proper in this district by virtue of 28 U.S.C. §§ 1391 and 1400

because, on information and belief, Defendants' acts of copyright infringement took

place and, on information and belief, are taking place within this jurisdiction and because

Defendants either reside in this District, can be found in this District or are otherwise

subject to personal jurisdiction in this District by committing copyright infringement in

this district, and/or making their infringing works available in this District.

## GENERAL ALLEGATIONS

7.      Plaintiff Mia McPherson is a professional photographer who specializes in

wildlife photography.

8.      Plaintiff posts many of her copyrighted images on her personal website at

onthewingphotography.com.  Plaintiff is now, and at all relevant times has been, the sole

copyright owner with respect to her copyrighted images, including but not limited to the

images identified in Exhibit A attached hereto.

9.      Plaintiff has filed for copyright registrations for her images, and a copy of

Plaintiff's filing for copyright registration is attached hereto as Exhibit B.

2

10.      On information and belief, Defendants copied two of the copyrighted images from Plaintiff's website and placed them on Defendants' website. Defendants have copied the copyrighted images, distributed the copyrighted images, and/or made the copyrighted images available for distribution to others, without the permission of Plaintiff. Furthermore, Defendants have removed the copyright management information from the original copyrighted work. Exhibit C shows a screenshot of the infringement on Defendants' website.

## FIRST CLAIM FOR RELIEF

### WILLFUL COPYRIGHT INFRINGEMENT

11.      Plaintiff incorporates herein each and every allegation set forth in the paragraphs above and further alleges as follows:

12.      Plaintiff is the sole owner of her original copyrighted images and has filed with the United States Copyright Office for a copyright registration for the images.

13.      Defendants placed a copy of each of Plaintiff's copyrighted images on Defendants' website without Plaintiff's authorization.

14.       Even after several requests to remove the copyrighted images, over the course of three months, Defendants still continue to make the infringing material available online.

15.      The copyrighted images would normally be licensed for use on a licensee's website for $1,250.00 each.

3

16.     Defendants removed the copyright management information from Plaintiff's images, constituting willful infringement.  Therefore, Plaintiff is entitled to enhanced damages under 17 U.S.C. § 504(c)(2).

## SECOND CLAIM FOR RELIEF

## VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT,

## 17 U.S.C. § 1202

17.     Plaintiff incorporates herein each and every allegation contained in the paragraphs above and further alleges as follows:

18.     Defendants removed Plaintiff's copyright management information.

19.     Plaintiff is entitled to statutory damages under 17 U.S.C. § 1203(c) in an amount of not less than $2,500.00 and up to $25,000.00 per violation of the DMCA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for an Order, Judgment, and Injunction as follows:

A.     For actual damages in an amount not less than $2,500.00.

B.     For statutory damages for each infringement of Plaintiff's copyrighted image pursuant to 17 U.S.C. § 504.

C.     For statutory damages for each violation of the Digital Millennium Copyright Act pursuant to 17 U.S.C. § 1203(c), in an amount not less than $5,000.00 and not greater than $25,000.00.

4

D.  For Plaintiff's costs in this action.

E.  For Plaintiff's attorneys' fees in this action pursuant to 17 U.S.C. § 505.

F.  For such other and further relief as the Court may deem just and proper.

DATED:  September 16, 2014.

Respectfully Submitted,

 s/ William R. Brees
William R. Brees (FL Bar No. 98886)
Brittany J. Maxey (FL Bar No. 44586)
MAXEY LAW OFFICES, PLLC
100 Second Avenue South, Suite 401N
St. Petersburg, FL 33701
Telephone:  (727) 230-4949
Facsimile:  (727) 230-4827
Email: lpg@maxeyiplaw.com
Local Counsel for Plaintiff

Randall B. Bateman* (USB 6482)
Sarah W. Matthews* (USB 13295)
BATEMAN IP LAW GROUP, P.C.
257 East 200 South, Suite 750
P.O. Box 1319
Salt Lake City, Utah 84110
Telephone: (801) 533-0320
Facsimile: (801) 533-0323
Email: mail@batemanip.com,
rbb@batemanip.com, sm@batemanip.com
Attorneys for Plaintiff, Mia McPherson

*Applications for Admission Pro Hac Vice Forthcoming

**EXHIBIT A**
**(Plaintiff's Copyrighted Images)**



**File name at the Copyright Office:**
**03-08-2009-desoto-DSC_8795.jpg**
**VAu001156955 / 2013-10-13**



**File name at the Copyright Office:**
**04-05-2009-desoto-egmont-DSC_3124.jpg**
**VAu001156955 / 2013-10-13**

**EXHIBIT B**
**(Plaintiff's Copyright Filing)**

**EXHIBIT C**
**(Screenshot of Defendants' Website)**

